# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

UNITED STATES                    PLAINTIFF/RESPONDENT

V.            CASE NO. 5:13-CR-50080

GLEN BAUGHMAN                 DEFENDANT/PETITIONER

## JUDGMENT

In accordance with the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that Mr. Baughman's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 58) is **DENIED** for the reasons set forth in the Memorandum Opinion and Order. The case is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 21st day of November, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1